United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANI SHAKER, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00444 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

At the time the petitioner, Hani Shaker, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, he was a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials.  On June 5, 2026, Respondents advised the Court that the petitioner's order of removal is final and that he is now held under 8 U.S.C. §1231 and that they anticipated removing him "no sooner than in 5 days." Doc. No. 9.  Petitioner has not responded to the advisory to challenge his reclassification as a detainee under §1231 or to dispute the Respondents' contention that his removal is imminent and likely to occur in the reasonably foreseeable future.  Publicly available ICE Locator website indicates that Petitioner is no longer in custody, and Petitioner does not contest that he has been removed and that this case is now moot.

Because the petitioner is no longer in pre-removal custody and does not dispute that his removal is imminent or has already occurred, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it

1 / 2

"no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. This habeas petition is **DISMISSED** without prejudice as **MOOT.**

2. All pending motions, if any, are **DENIED as MOOT.**

3. This case is **CLOSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this ____31st____ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE